UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-36-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KENDALL CHARLES ALEXANDER, SR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Motion to Dismiss Indictment with Prejudice. (Doc. No. 78).

Defendant is represented by court-appointed counsel in this matter. Under L.Cr.R. 41.7(g), the Court typically does not entertain *pro se* motions by parties who are already represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Pro Se Motion to Dismiss Indictment with Prejudice, (Doc. No. 78), is **DENIED without prejudice**.

Signed: March 28, 2023

Max O. Cogburn Jr.
United States District Judge