UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00036-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>KENDALL CHARLES )<br>ALEXANDER, SR., )<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue Docket Call/Trial. (Doc. No. 88). The Government does not oppose this Motion. Having considered the matter, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Docket Call/Trial (Doc. No. 88) is **GRANTED,** and this matter is continued to the next criminal term. The Court finds that the delay caused by this continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Moreover, the ends of justice served by granting such continuance outweigh the best interests of the public and Defendant in a speedy trial.

**IT IS FURTHER ORDERED** that in accordance with 18 U.S.C. § 3161(h)(6), this matter is continued as to co-defendant Derrius Fleming, and the time is excluded as a reasonable period of delay as such defendants are joined with a co-defendant whose case has been continued from the term and as to whom the time for trial has not run and no motion for severance has been granted.

1

This matter is continued to the next criminal term, and the time is excluded. The time for filing pretrial motions is **ENLARGED** by 60 days from entry of this Order.

Signed: August 17, 2023

Max O. Cogburn Jr
United States District Judge