# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cr-36-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KENDALL CHARLES ALEXANDER, SR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion to Dismiss Indictment with Prejudice, (Doc. No. 93), and on Defendant's Ex Parte Motion to Exercise Discretion under L.Cr.R. 47.1(g) and Entertain Pro Se Motion. (Doc. No. 98).

The Court notes that, while the Ex Parte Motion was filed through Defendant's current counsel David Burgess, Burgess has filed a Motion to Withdraw as Attorney, and that motion is pending before the magistrate judge. (Doc. No. 94). The Court advises the parties that, when and if Burgess is relieved as counsel, and when Defendant is proceeding again pro se, the Court will entertain Defendant's Pro Se Motion to Dismiss Indictment with Prejudice. In the meantime, the Court will order the Government to respond to Defendant's Pro Se Motion to Dismiss Indictment with Prejudice.

## ORDER

**IT IS HEREBY ORDERED** that within 20 days the Government shall file a response to Defendant's Pro Se Motion to Dismiss Indictment with Prejudice.

1

Signed: October 13, 2023

Max O. Cogburn Jr
United States District Judge